HOWARD H. HULSE, as Executor, etc., of HENRY G. INGERSOLL, Deceased, v. NEW YORK EDISON COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THEODORE E. SIMMANG v. HENRY WERBLOW and ROBERT WERBLOW.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN T. GEDNEY and Others v. MARLTON REALTY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

THOMAS E. SHEA, as Trustee in Bankruptcy of the Estate of IRVING SPITZER & COMPANY, INC., v. RIVERVIEW CANNING COMPANY, a Foreign Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THOMAS E. SHEA, as Trustee in Bankruptcy of the Estate of IRVING SPITZER & COMPANY, INC., v. FALLS CANNING COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ARNOLD H. PALTROWITZ, an Infant, etc., v. PETER CAPANI.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ARNOLD H. PALTROWITZ, an Infant, etc., v. PETER CAPANI.— Motion granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MINNIE MEGRUE v. ENOCH G. MEGRUE, Individually and as Trustee, etc., of the Estate of JOSEPH R. MEGRUE, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MINNIE MEGRUE v. ENOCH G. MEGRUE, Individually and as Trustee, etc., of the Estate of JOSEPH R. MEGRUE, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAMUEL ROSENBLUM, INC., v. INDIA WHARF BREWING COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SEARS & RICHARDS, INC., v. ATLANTIC GULF AND PACIFIC STEAMSHIP COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDJOY REALTY, INC., v. JOHN MULLANE and JOHN MULLANE, JR., as Administrators, etc., of PATRICK J. MULLANE, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ABERON BAKERY CO., INC., and Others, v. LAZAR RAIMIST, as Treasurer of Local No. 500 Bakery and Confectionery Workers' International Union of America, an Unincorporated Association Composed of More Then Seven Members. HENRY JAGER and Others, Appellants.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of IMPROVEMENT CONSTRUCTION CO., INC., for an Order Directing that Arbitration Provided for in Certain Agreements in Writing Entered into between the Petitioner and ACTIVE WET WASH LAUNDRY CO., INC., Proceed Pursuant to Provisions Thereof and of the Arbitration Law.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.